■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEAN B. GILOT, Appellant. [797 NYS2d 761]—Appeal by the defendant from a judgment of the County Court, Rockland County (Resnik, J.), rendered April 29, 2003, convicting him of assault in the second degree, criminal possession of a weapon in the third degree, and aggravated criminal contempt, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (see People v Contes, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt of the crime of assault in the second degree beyond a reasonable doubt. Moreover, resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses (see People v Gaimari, 176 NY 84, 94 [1903]). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (see People v Garafolo, 44 AD2d 86, 88 [1974]). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt of the crime of assault in the second degree was not against the weight of the evidence (see CPL 470.15 [5]).

The sentence imposed was not excessive (see People v Suitte, 90 AD2d 80 [1982]).

We need not reach the defendant's remaining contention that his application to suppress a statement given to the police should have been granted, since the statement was not used at trial. S. Miller, J.P., Luciano, Crane and Lifson, JJ., concur.